OPINION — AG — THE PROPOSED AMENDMENT TO THE OKLAHOMA CONSTITUTION DIRECTING THAT ALL SUCH ROYALTIES, BONUSES, RENTALS AND OTHER MONEYS, ETC., BE DEPOSITED IN THE PROPOSED " STATE PUBLIC COMMON SCHOOL BUILDING EQUALIZATION FUND ", WOULD BE INEFFECTIVE WITHOUT PERMISSIVE FEDERAL LEGISLATION AMENDING THE ENABLING ACT. CITE: ARTICLE XI, SECTION 1, ARTICLE XI, SECTION 2, ARTICLE XI, SECTION 3 (J. H. JOHNSON)